UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRENCH, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-1403-EFB P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983.  On November 8, 2021, the court informed plaintiff that he could proceed with a potentially cognizable excessive force claim against defendants French, Pfeifer, and Burnette.  ECF No. 7.  Plaintiff has elected to proceed with that claim.  ECF No. 10.

  To effectuate service of the complaint with the assistance of the United States Marshal, plaintiff must return the Notice of Submission of Documents, along with the required documents for service of process on the defendants.

  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the August 6, 2021 complaint.
2. Within 30 days from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons, the USM-285 forms, and four copies of the endorsed complaint.

1

3. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order may result in this action being dismissed.

Dated: December 7, 2021.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5                              UNITED STATES DISTRICT COURT
6                          FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8    RICHARD GOSZTYLA,                             No.  2:21-cv-1403-EFB P
9                   Plaintiff,
10        v.                                       ORDER
11   FRENCH, et al.,
12                  Defendants.
13
14       Plaintiff hereby submits the following documents in compliance with the court's order
15   filed _____:
16
17         _1_    completed summons form
18         _3_    completed forms USM-285
19         _4_    copies of the August 6, 2021 endorsed complaint
20   DATED:
21
22                                                 _____
                                                   Plaintiff
23
24
25
26
27
28
                                                   3