1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD GOSZTYLA,                          No.  2:21-cv-1403-TLN-EFB P

12                 Plaintiff,

13        v.                                      ORDER

14    FRENCH, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He requests that the court appoint him counsel.

19          District courts lack authority to require counsel to represent indigent prisoners in section

20   1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional

21   circumstances, the court may request an attorney to voluntarily to represent such a plaintiff.  *See*

22   28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

23   *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional

24   circumstances" exist, the court must consider the likelihood of success on the merits as well as the

25   ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

26   involved.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors,

27   the court finds there are no exceptional circumstances in this case.

28   /////

                                            1

1        Accordingly, IT IS ORDERED that plaintiff's request for the appointment of counsel

2    (ECF No. 29) is DENIED.

3    Dated:  June 10, 2022.

4                                                          EDMUND F. BRENNAN
                                                          UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28