WENDY MOTOOKA, SBN 233589
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
wmotooka@rhplawyers.com

Attorneys for Defendants
MICHAEL FRENCH, NATHAN BURNETTE,
and PAUL PFEIFER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>                    Plaintiff,<br>vs.<br><br>FRENCH, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-01403-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER<br><br>[Filed without hearing pursuant to Local Rule 230(l)] |

  The Court is in receipt of Defendants French, Burnette, and Pfeifer's *Ex Parte* Application requesting that the Court modify the Scheduling Order by vacating the dispositive motion deadline of December 16, 2022 and resetting the same to 60 days after the resolution of plaintiff's motions to amend the Complaint. ECF Nos. 34 & 38. The Court has read and considered the application and finds that good cause exists to grant it.

  Therefore, the dispositive motion filing deadline of December 16, 2022 is hereby vacated and reset to 60 days from the entry of the Court's order deciding plaintiff's motions to amend the Complaint.

**IT IS SO ORDERED.**

Dated: November 29, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1