RIVERA HEWITT PAUL LLP
WENDY MOTOOKA, SBN 233589
2355 Gold Meadow Way, Suite 170
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: wmotooka@rhplawyers.com

Attorneys for Defendants
DETECTIVE MICHAEL FRENCH, DETECTIVE NATHAN BURNETTE, DETECTIVE PAUL PFEIFER, and DETECTIVE JOSE LEMUS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRENCH, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01403-DJC-EFB (PC)<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; DECLARATION OF WENDY MOTOOKA IN SUPPORT THEREOF** |

On July 15, 2025, the parties successfully completed a settlement conference before the Honorable Carolyn K. Delaney. The terms of the settlement included that the settlement funds be issued via check to plaintiff, but delivered to plaintiff's mother Debbi Gosztyla in Arizona, and that dispositional documents be filed within 30 days of the date of the settlement conference.

Because of recent, unforeseen delays as described in the supporting declaration of Wendy Motooka, and because plaintiff's status as an incarcerated person makes a stipulated request impractical under the circumstances, defendants now move to extend the time to file dispositional documents by four weeks to September 11, 2025.

//

//

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEF.S' REQ. FOR EOT ON FILING DISPOSITIONAL DOCUMENTS; DECL. OF WENDY MOTOOKA
Case No. 2:21-CV-01403-DJC-EFB (PC)

1

DATE: August 19, 2025					RIVERA HEWITT PAUL LLP

      /s/ Wendy Motooka
WENDY MOTOOKA
Attorneys for Defendants DETECTIVE MICHAEL FRENCH, DETECTIVE NATHAN BURNETTE, DETECTIVE PAUL PFEIFER, and DETECTIVE JOSE LEMUS

## DECLARATION OF WENDY MOTOOKA

I, WENDY MOTOOKA, declare as follows:

1. On July 15, 2025, a successful settlement conference was held in this matter before the Honorable Carolyn K. Delaney. The Court ordered dispositional documents to be filed within 30 days.

2. Plaintiff is currently incarcerated in California State Prison, Corcoran. At the settlement conference, plaintiff requested that the settlement funds be issued to him, but that the check be mailed to his mother Debbi Gosztyla at her residence in Arizona.

4. On August 13, 2015, I received the settlement check from the County of Sacramento. My office transmitted the check to plaintiff's mother that day and obtained confirmation that it was delivered on August 14, 2025.

5. On August 13, 2025, I sent plaintiff a letter informing him that the check had been sent to his mother. I included with this letter a draft dismissal for plaintiff to sign and file upon confirmation from his mother that the funds had been received.

6. On August 18, 2025, I received a phone call from plaintiff's mother. Ms. Gosztyla told me that her bank was unwilling to accept her power of attorney to cash the check, but that she would be permitted to use her power of attorney to cash checks issued to plaintiff for smaller amounts.

7. Ms. Gosztyla requested that the County replace the settlement check with multiple smaller checks. She agreed to return to the original settlement check to the County. Ms.

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEF.S' REQ. FOR EOT ON FILING DISPOSITIONAL DOCUMENTS; DECL. OF WENDY MOTOOKA
Case No. 2:21-CV-01403-DJC-EFB (PC)

2

1  Gosztyla represented that she had spoken with plaintiff about this issue earlier that day.

2        8.    We expect the issuance of the new checks to take up to two weeks, after which
3  additional time will be needed for Ms. Gosztyla to receive the checks, negotiate them, and
4  confirm receipt of the funds to plaintiff.

5        9.    I have personal knowledge of the matters referenced above and, if called upon,
6  could competently testify thereto.

7      I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.

9      Executed on August 19, 2025, at West Sacramento, California.

      /s/ Wendy Motooka
      WENDY MOTOOKA

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEF.S' REQ. FOR EOT ON FILING DISPOSITIONAL
DOCUMENTS; DECL. OF WENDY MOTOOKA       3
Case No. 2:21-CV-01403-DJC-EFB (PC)

**ORDER**

Having considered the motion of defendants and good cause appearing, the Court hereby ORDERS that:

1. The deadline for filing dispositional documents in this action shall be extended by four weeks to September 11, 2025.

**IT IS SO ORDERED.**

Dated: August 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEF.S' REQ. FOR EOT ON FILING DISPOSITIONAL DOCUMENTS; DECL. OF WENDY MOTOOKA
Case No. 2:21-CV-01403-DJC-EFB (PC)

4